IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONATHAN VANLOAN,**<br>    **Plaintiff,**<br><br>            v.<br><br>**THE NATION OF ISLAM, et al.,**<br>    **Defendants.** | **CIVIL ACTION**<br><br><br><br><br>**NO.  20-6112** |

## O R D E R

**AND NOW**, this 16th day of August, 2021, upon consideration of the City of Santa Ana Defendants' Motion to Dismiss (ECF No. 31), Plaintiff Jonathan VanLoan's response thereto (ECF No. 48), the Providence Health & Services Defendants' Motion to Dismiss (ECF No. 41), Plaintiff's response thereto (ECF No. 63), the Providence Health & Services Defendants' Reply to Plaintiff's Opposition to the Motion to Dismiss (ECF No. 64), the Providence Health & Services Defendants' Request for Judicial Notice in Support of the Motion to Dismiss (ECF No. 42), the City of Fountain Valley Defendants' Motion to Dismiss (ECF No. 55), and Plaintiff's response thereto (ECF No. 66), **IT IS HEREBY ORDERED** as follows:

1. The City of Santa Defendants' Motion to Dismiss (ECF No. 31) is **GRANTED**;

2. The Providence Health & Services Defendants' Motion to Dismiss (ECF No. 41) is **GRANTED**;

3. The Providence Health & Services Defendants' Request for Judicial Notice (ECF No. 42) is **DENIED** as moot;

4. The City of Fountain Valley Defendants' Motion to Dismiss (ECF No. 55) is **GRANTED**; and

5. The Clerk of Court **SHALL MARK** the following defendants as terminated from the case:

a. The City of Santa Ana, California; Claudia Audelo; Phillip Bacerra; Ruben Campos; Leticia Cauble; Vanessa Clarkson; Caroline Contreras; Enrique Esparza; Benita Esparza; Vincent Galaz; Sandra Gallegos; Daniel Garcia; Luis Garcia; Gil Andres; Kenneth Gominsky; Martha Guillen; Andrew Herrera; Francisco Juarez; Pedro Luna; Iupeli Maneafaiga; Cody McCoy; Melinda Mendoza; Lysette Murillo; Michelle Monreal; Victor Moyao; Eric Paulson; David Penaloza; Edgar Perez; Mark Perez; Omar Perez; Miguel Pulido; Melanie Quingaiza; Chelsea Ramirez; David Reyes; Gustavo Rivera; Samuel Rivera; Mary Rodriguez; Vincent Rodriguez; Teresa Ruelas; Laura Santos; Vicente Sarmiento; Norman Sbabo; Claudia Smith; Jose Solorio; Susan Thomas-Reed; Margo Todd; David Valentin; Ernest Villegas; Manuel Verdin; Jason Viramontes; Rick Zavala; the City of Fountain Valley, CA; Kevin Childe; Ricardo Cendejas; Sherwin Burgos; Providence Health & Services, Inc.; James Pierog, M.D.; Rodney F. Hochman, M.D.; and Amy Compton-Phillips, M.D.

          **BY THE COURT:**

          /s/Wendy Beetlestone, J.

          **WENDY BEETLESTONE, J.**